AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY OLIVER,

                Plaintiff,

                                          JUDGMENT IN A CIVIL CASE

                V.                                  CASE NUMBER: CV423-209

MICHAEL MAHENDRA PAL, d/b/a Hook Recovery and Towing,

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 29, 2023, this case is dismissed with prejudice and stands closed.



8/29/2023
Date

John E. Triplett
Clerk



(By) Deputy Clerk

GAS Rev 10/1/03