IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY OLIVER, | * |
| Plaintiff, | * |
| v. | * CV 423-209 |
| MICHAEL MAHENDRA PAL d/b/a HOOK RECOVERY AND TOWING, | * |
| Defendant. | * |

**O R D E R**

Before the Court is Plaintiff's stipulation of dismissal with prejudice. (Doc. 38.) Plaintiff filed his stipulation on October 23, 2023; however, the Court closed the case on August 29, 2023 (Doc. 21). The case stands closed. As such, Plaintiff's stipulation of dismissal (Doc. 38) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of April, 2024.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA